```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

CECIL HARVEY,                          :

    Petitioner,                     :

v.                                     :
                                     CIVIL ACTION 07-288-WS-M

ALBERTO GONZALES,                      :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,                :

    Respondents.                    :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED as premature and that this action be DISMISSED.

DONE this 2nd day of October, 2007.

                                      _____
                                      s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE