```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

CECIL HARVEY,                         :

    Petitioner,                   :

v.                                    :
                                            CIVIL ACTION 07-288-WS-M
ALBERTO GONZALES,                     :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,              :

    Respondents.                  :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondents Alberto Gonzales, Michael Chertoff, and David O. Streiff and against Petitioner Cecil Harvey.

DONE this 2nd day of October, 2007.


                                                    s/WILLIAM H. STEELE
                                                    UNITED STATES DISTRICT JUDGE